JS-6

**IN THE UNITED STATES DISTRICT COURT**

**FOR THE CENTRAL DISTRICT OF CALIFORNIA**

| | |
|---|---|
| CARLOS MAURICIO PANAMENO,<br>Petitioner,<br>v.<br>ADELANTO ICE PROCESSING CENTER WARDEN,<br>Respondents. | Case No. 5:26-cv-02763-CV-MBK<br><br>JUDGMENT |

Pursuant to the Order Accepting Findings and Recommendations of the United States Magistrate Judge, IT IS ADJUDGED that the petition for writ of habeas corpus is DENIED and this action is dismissed without prejudice.

Dated: 8/31/26

Cynthia Valenzuela

HON. CYNTHIA VALENZUELA
UNITED STATES DISTRICT JUDGE